**APRIL DRAKE**
**Associate Court Reporter**
**340th Judicial District**
**112 West Beauregard**
**San Angelo, Texas 76903**
**(325) 659-6575**
**(214) 621-7245**

July 17, 2015

Hon. Jeffrey D. Kyle, Clerk
Court of Appeals, Third District
P.O. Box 12547
209 W. 14th, Room 101
Austin, Texas 78711

Re:  Trial Court Number C-13-0102-C; COA No.
03-15-00365-CV, James C. Mosser and Mosser Law PLLC vs.
Bob Mims

Dear Mr. Kyle:

On July 15, 2015, I received written notice from the law
office of James Mosser, sent by Paul Downey, requesting
the reporter's record be filed with the COA in the
above-styled cause.  Yesterday, the 16th, I sent Mr.
Downey in writing the bill of cost for the preparation
for my portions of the record.

At this time, I have received no payment in order for me
to prepare and file the original Reporter's Record with
your office.

Sincerely,

April Drake